**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WENDOLYN LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1543** |
| **JUDGE CHRIS CRAFT, ET AL.** | **SECTION: "A" (5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the Motion to Transfer or Dismiss is dismissed as moot and the Title 42 U.S.C. § 1983 complaint filed by Wendolyn Lee is transferred to the Western Division of the United States District Court for the Western District of Tennessee.

New Orleans, Louisiana, this ___9th___ day of _____December_____, 2021.

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**